### JOHNSON v. STATE.

No. 26996.

Court of Criminal Appeals of Texas.

May 12, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the unlawful transportation of beer in a dry area, and his punishment was assessed at 15 days in jail and a fine of $100.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.